UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janine Conroy, as the Trustee for the Heirs of Matthew Joseph Conroy,

Plaintiff,

Civil 01-1626 (RHK/RLE)

vs.

**ORDER**

Lynn Dingle, individually and in her official capacity as Warden of the Minnesota Correctional Facility/Moose Lake; Fred Lafleur [sic], individually and in his capacity as Commissioner of the Minneapolis Department of Corrections; Sheryl Ramstad Hvass, in her capacity as Commissioner of the Minnesota Department of Corrections and successor to Fred Lafleur [sic]; John Doe I and John Doe II,

Defendants.

Defendants' Motion to Extend the Deadline for Hearing Dispositive Motions to November 11, 2002, is **DENIED**.

Dated: August 30, 2002

RICHARD H. KYLE
United States District Judge

FILED AUG 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______