**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Janine Conroy, as the
trustee for the heirs of
Matthew Joseph Conroy,

Plaintiff,

vs.

CV 01-1626 RHK/RLE

Lynn Dingle, individually and
in her official capacity of Warden
of the Minnesota Correctional Facility
Moose Lake et al

Defendants.

**NOTICE OF MOTION HEARING**

Defendant's Motion for Summary Judgment is scheduled for Wednesday, September 25, 2002, at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota.

.

September 17, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed SEP 17 2002
Richard D. Sletten, Clerk

By:______________________