**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JANINE CONROY, as the Trustee
for the heirs of Matthew
Joseph Conroy,

Plaintiff,

vs.

CV 01-1626 RHK/RLE

LYNN DINGLE, individually and
in her official capacity as
Warden of the Minnesota
Correctional Facility/Moose Lake,
et al

Defendants.

## NOTICE OF JURY TRIAL

A JURY TRIAL is scheduled for Monday, October 28, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #1. Duluth, Minnesota.

October 9, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed OCT 09 2002
Richard D. Sletten, Clerk

By: